**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN ALBERT DANIEL,** ) | **CV F 04-6768 AWI WMW HC** |
| ) | |
| **Petitioner,** ) | **ORDER ADOPTING** |
| ) | **FINDINGS AND** |
| v. ) | **RECOMMENDATIONS** |
| ) | |
| ) | [Doc. 5] |
| **WARDEN PAUL M. SHULTZ,** ) | |
| ) | |
| **Respondent.** ) | |
| ) | |
| _____ ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On June 10, 2005, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a <u>de novo</u> review of this case. See <u>Britt v. Simi Valley Unified School Dist.</u>, 708

F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  The court notes in particular that although Petitioner's copy of the order of February 23, 2005, has been returned by the United States Postal Service, it was served on Petitioner at his address of record and such service is fully effective under Local Rule 83-182(f).

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on June 10, 2005, are ADOPTED IN FULL;
2. This petition is dismissed for failure to obey a court order;
3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   September 14, 2005**             **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE

2